05-15-00683-CV

No. CC-15-02377 - B

- FILED
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY, TEXAS

2015 MAY 29 PM 4:07

2015 MAY 29 PM 4:16
LISA MATZ, CLERK

FILED IN
5TH COURT OF APPEALS

Deborah McClaigh
_____
Plaintiff

v.

Douglas Merraw
_____
Defendant

In the _____ County Court

2

Dallas County, Texas

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, self-represented, and files this Notice of Appeal from the judgment signed by the Court on _5/28/15_ Douglas Merraw Defendant, appeals to the _5th Court of Appeals_ at Dallas, Texas.

Respectfully submitted,

Print Name: Douglas Merraw
Address:
11330 Trail Ln Balch Springs
Telephone: 214 317 3819

## CERTIFICATE OF SERVICE

I, Douglas Merraw, Defendant, do hereby certify that a true and correct copy of the foregoing has been mailed, certified mail, return receipt requested, to Deborah McClaigh, Attorney for Plaintiff, at _____, _____, Texas, on this the _29_ day of _May_, 20_15_

Signature

Douglas Merraw
Print Name

DMerraw77@Gmail.com